```
              UNITED STATES BANKRUPTCY COURT
                 MIDDLE DISTRICT OF FLORIDA
                     FORT MYERS DIVISION
```

IN RE:

JOSEPH KELLY, JR. and
JERRI E. KELLY,

        Debtors.                        CHAPTER 13
_____/

## CHAPTER 13 PLAN

The Debtors submit the following Chapter 13 Plan:

I.    FUTURE EARNINGS

    A.  The Debtors submit to the supervision and control of the trustee of $853.00 per month.  However Debtors shall pay $623.00 per month to TIB Bank of the Keys as adequate protection until confirmation of the Plan.

II.   DURATION OF THE PLAN

    A.  The payments shall be made on behalf of the Debtors to the trustee for a minimum of 36 months.

III.  CLASSIFICATION AND TREATMENT OF CLAIMS

    A.  Priority Claims.  The following are entitled to priority claims under 11 U.S.C. §507 in the following amounts:

        1.  Internal Revenue Service $1,170.00.

    B.  Secured Claims.

    Secured creditors, *inter alia*, are: Chrysler Financial, Countrywide Home Loan, Lee County Tax Collector and TIB Bank of the Keys.

        1.  Claim held by Chrysler Financial is secured by a lien on Debtors' 2004 Dodge Ram 1500 Quad 4x4.  Pursuant to 11 USC Sec. 1325(a)(5)(C) the Debtors surrender all their right, title and interest in the collateral in full satisfaction of this claim.

        2.  Claim held by Lee County Tax Collector is secured by a lien on Debtors' homestead which is in arrears in approximate sum of $3,065.00, which will be paid through the plan.  The claim

holder will retain its lien.

       3. Claim held by TIB Bank of the Keys is secured by a lien on Debtors' 2003 Nissan Murano SL 2WD. The collateral is valued at $20,400.00 plus 4% simple interest of $2,040.00, for a total of $22,440.00 which will be paid through the Plan. Until confirmation, the Debtors will pay $623.00 per month directly to TIB Bank of the Keys as adequate protection. Upon confirmation, all payments shall be made through the Plan. The claim holder will retain its lien.

    C. Unsecured Claims.

       1. All timely filed and allowed unsecured claims, shall be paid 20%, and the balance of each claim shall be discharged. All payments shall first be applied to principle, then interest, attorney's fees, costs, service charges and then all other charges.

IV. **GENERAL PROVISIONS**

    A. Upon entry of discharge of the Debtors, all codebtor debts shall be considered paid in full and any obligation of the codebtor shall hereby be extinguished.

V. **PLAN PAYMENTS**

```
A. Unsecured Claims (20% of $10,942.00) $ 2,188.40
B. Secured Claims                       $25,505.00
C. Priority                             $ 1,170.00
TOTAL CLAIM PAYMENTS                    $28,863.40
Trustee's fee (.06 of $30,705.74)       $ 1,842.34
TOTAL PAYMENTS                          $30,705.74
```
**PRECONFIRMATION PAYMENT TO TRUSTEE IS $230.00.**

DATED: __3/9__, 2005.

*Joseph Kelly Jr*
JOSEPH KELLY, JR.

*Jerri E Kelly*
JERRI E. KELLY

MILLER and HOLLANDER
Attorneys for Debtors
2430 Shadowlawn Drive, Suite 18
Naples, FL 34112
Telephone (239) 775-2000
Facsimile (239) 775-7953

By: *Edward R. Miller*
    EDWARD R. MILLER
    Florida Bar No. 182746