**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

Joseph Kelly, Jr.                                    Case No. 05-04170-9P3
Jerri E. Kelly
AKA: Jerri E. Holley; Jerri H. Kelly
Debtor(s)
_____/

---

**TRUSTEE'S FINAL REPORT AND ACCOUNTING**

---

   Jon M. Waage, Chapter 13 Standing Trustee of the estate of the above-named Debtor(s), certifies to the Court and the United States Trustee, that this estate has been fully administered. A Trustee's Final Report has been filed and proper disbursements completed. No funds or assets of the estate remain.

   Therefore, pursuant to FRBP 5009, the Trustee requests that this final account be accepted, and that the Court order the case closed and discharge the Trustee of any further duties.

        Dated June 9, 2006.

                              /s/ Jon M. Waage
                              Jon M. Waage
                              Chapter 13 Standing Trustee
                              P.O. Box 25001
                              Bradenton, FL  34206-5001
                              Phone (941) 747-4644
                              Fax (941) 750-9266

JMW/cf

# United States Bankruptcy Court
## FOR THE
## Middle District of Florida

IN RE:   Joseph Kelly, Jr.        & Jerri E. Kelly            CASE No. 05-04170-9P   3
         13442 Bristol Park Way
         Fort Myers, FL  33913

## FINAL REPORT AND ACCOUNT
DATED:  06/09/2006
Discharged Paid Out

Pursuant to Chapter 13 Rule 2015(a)(6), your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements.  Copies of these detailed records have been filed with the Court, or are attached hereto, and as provided by Chapter 13 Rule 2015(a)(6) are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.            $31,404.49

| Claim Number | Creditor's Name | Classification | Amount Allowed | Amount Paid Principal | Amount Paid Interest | Balance Due |
|---|---|---|---|---|---|---|
| 002 | Daimlerchrysler Services | Secured | 2,436.22 | 0.00 | 0.00 | 2,436.22 |
| 003 | CitiBank/Choice | Unsecured | 3,073.77 | 0.00 | 0.00 | 3,073.77 |
| 004 | United States Treasury | Priority | 962.16 | 0.00 | 0.00 | 962.16 |
| 004 | United States Treasury | Unsecured | 166.24 | 0.00 | 0.00 | 166.24 |
| 005 | TIB Bank of the Keys | Secured | 22,000.00 | 18,908.55 | 1,077.09 | 2,014.36 |
| 005 | TIB Bank of the Keys | Unsecured | 7,694.00 | 7,694.00 | 0.00 | 0.00 |
| 006 | eCast Settlement Corporation | Unsecured | 394.80 | 394.80 | 0.00 | 0.00 |
| 007 | Lee County Tax Collector | Secured | 3,095.46 | 0.00 | 0.00 | 3,095.46 |
| 008 | Capital One | Unsecured | 643.98 | 643.98 | 0.00 | 0.00 |
| 009 | Daimler Chrysler Svcs, LLC | Unsecured | 15,786.68 | 0.00 | 0.00 | 15,786.68 |
| 999 | Joseph Kelly, Jr. | Debtor Refund | 0.00 | 949.30 | 0.00 | 0.00 |

                                                          Interest            $1,077.09
                                                          Trustee Commission  $1,736.77
Attorney               : Edward R. Miller, Esq.           Total Disbursements $31,404.49
Date Filed             : 3/9/2005
Date Confirmed         : 9/21/2005
Date Terminated        : 06/09/2006
Percent Paid Unsecured : 31.46

                              /s/ Jon M. Waage
                                   TRUSTEE

Case Status Report  
Tampa Division Jon M. Waage, Chapter 13 Standing Trustee  
Status of Case as of 06/09/2006 10:59 AM  
Discharged Paid Out on 06/09/2006 - Final Rpt

Page 1  
Chapter 13

**05-04170-9-P**

Joseph Kelly, Jr.  
Jerri E. Kelly  
13442 Bristol Park Way  

Fort Myers FL 33913  
Debtor Type:

Atty: Edward R. Miller, Esq.  
(239)775-2000  
Discharged Paid Out  
Emplyr:

**37 Rmng of 51 Mos.**  
Percent Pay Uns 100  
SSN: xxx-xx-5253 xxx-xx-6701  
Debtor Plan Payment: $853.00 / M

----- Last 6 Payments -----

| | | | | | |
|---|---|---|---|---|---|
| Filed | 03/09/2005 | 2/24/2006 | $27,465.49 | 10/25/2005 | $853.00 |
| First Mtg | 04/28/2005 | 1/5/2006 | $853.00 | 10/6/2005 | $230.00 |
| Confirmed | 09/21/2005 | 12/6/2005 | $853.00 | 8/31/2005 | $230.00 |
| Plan Filed | | | | | |
| Start Pmts | 04/15/2005 | | | | |
| Bar Date | 07/27/2005 | | | | |

Total Paid In $31,404.49

Graduated Payment Plan  
Months 1 Thru 6 $230.00 Per Month = $1,380.00  
Months 7 Thru 51 $853.00 Per Month = $38,385.00

| Creditor Name | Number | Held | Clm Num | Last Pymt | Term | Int Rate | Fixed Pymnt | Disb Code | Debt /Value | Principal Paid | Claimed /Pd Dir | Tot Int Pd /Accrd Int | Balance /% Uns Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Daimlerchrysler Services | DAIMLER5 | | 002-0 | | Sec | | | 20 | $0.00 | | $33,097.46 | | Not Filed |
| CitiBank/Choice | CIT/CHOICE | | 003-0 | | Uns | | | 75 | $3,073.77 | | $3,073.77 | | Disallwd |
| United States Treasury | IRS.FTL | | 004-0 | | Pri | | | 30 | $962.16 | | $962.16 | | Direct |
| United States Treasury | IRS.FTL | | 004-1 | | Uns | | | 75 | $166.24 | | $166.24 | | Direct |
| TIB Bank of the Keys | TIB BK KEY | | 005-0 | 4/11/2006 | Sec | 8.00 | | 20 | $22,000.00 | $18,908.55 | $22,000.00 $3,091.45 | $1,077.09 | $0.00 |
| TIB Bank of the Keys | TIB BK KEY | | 005-1 | 4/11/2006 | Uns | | | 75 | $7,694.00 | $7,694.00 | $7,694.00 | | $0.00 100.00 |
| eCast Settlement Corporation | ECAST | | 006-0 | 4/11/2006 | Uns | | | 75 | $394.80 | $394.80 | $394.80 | | $0.00 100.00 |
| Lee County Tax Collector | LEE.TAX | | 007-0 | | Sec | | | 22 | $0.00 | | $3,095.46 | | CrPaid |
| Capital One | CAPIT/TSYS | | 008-0 | 4/11/2006 | Uns | | | 75 | $643.98 | $643.98 | $643.98 | | $0.00 100.00 |
| Daimler Chrysler Svcs, LLC | DAIM CHRY | | 009-0 | | Uns | | | 75 | $15,786.68 | | $15,786.68 | | Contingnt |
| | | | 999-0 | 4/11/2006 | Rfd | | | 89 | $0.00 | $949.30 | | | $0.00 |
| Jon M. Waage, Trustee Commissi | TRSJMW | | TRS-0 | 4/11/2006 | Tru | | | 00 | $1,736.77 | $1,736.77 | | | $0.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | $32,469.55 | $30,327.40 | $1,077.09 |
| | Secured | Priority | Unsecured | Admin | Attorney | Continuing | Other | Amount Available | $0.00 |
| Total Debt | $22,000.00 | $0.00 | $8,732.78 | $0.00 | $0.00 | $0.00 | $0.00 | Funds Held | $0.00 |
| Total Paid | $18,908.55 | $0.00 | $8,732.78 | $0.00 | $0.00 | $0.00 | $2,686.07 | Principal Balance | $0.00 |
| Total Int Pd | $1,077.09 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | |
| Balance Due | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | ($949.30) | Delinquent | $0.00 |

| Entered | Action | Clm Code | ---- Case Notes ---- |
|---|---|---|---|
| 04/19/06 | | | Discharge Date: 4/13/06-cf |
| 04/12/06 | 04/12/06 | TM | Notice of Completion submitted 4/12/06 |
| 03/20/06 | | | Case reviewed for completion (drt) |
| 02/24/06 | | | CASE ON HOLD FOR 30 DAYS DUE TO PAYMENT OVER $5,000.00-cf-taken off 3/27/06-dll |
| 01/27/06 | | | Case audited for payoff = $27,465.49 (w/o claim no. 7 ) good thru 03/15/06 |
| 09/27/05 | | | Transferred $ 1,150.00 to Confirmed Money on 9/27/2005 |
| 09/22/05 | | | (or longer to pay uns. 100%) |
| 07/13/05 | | | rec'd 2003,2004 tax returns & pay stubs |
| 06/22/05 | | | M/ to value collateral 7/18/2005 @ 10:00 |
| 04/13/05 | | | debtor mailing payment 4-13-05 |
| 03/29/05 | 03/29/05 | FV | PCO Submitted |

Case Status Report - Receipts History

Page 2
Chapter 13

Status as of 6/9/2006

**05-04170-P**

Joseph Kelly, Jr.  Jerri E. Kelly
13442 Bristol Park Way

Atty: Edward R. Miller, Esq.  37 Rmng of 51 Mos.
Fort Myers FL 33913  Discharged Paid Out  Payment: $853.00 Per M
First Pmt Date  04/15/2005  Delinquent  $0.00

Graduated Payment Plan
Months 1 Thru 6  $230.00  Per Month = $1,380.00
Months 7 Thru 51  $853.00  Per Month = $38,385.00

| Check | Batch Id | Date | Amount Paid | Src | Type | Description | Employer |
|---|---|---|---|---|---|---|---|
| 39110 | 06020031 | 2/24/2006 | $27,465.49 | RP | Regular Payment | Amount out of range, Please Verify | |
| 5321337 | 06010004 | 1/5/2006 | $853.00 | RP | Regular Payment | | |
| 5321310 | 05120010 | 12/6/2005 | $853.00 | RP | Regular Payment | | |
| 5321184 | 05100034 | 10/25/2005 | $853.00 | RP | Regular Payment | | |
| 7083250 | 05100007 | 10/6/2005 | $230.00 | RP | Regular Payment | | |
| 6511796 | 05080046 | 8/31/2005 | $230.00 | RP | Regular Payment | | |
| 5320939 | 05070027 | 7/22/2005 | $230.00 | RP | Regular Payment | | |
| 5320672 | 05060040 | 6/24/2005 | $230.00 | RP | Regular Payment | | |
| 5996720 | 05050040 | 5/24/2005 | $230.00 | RP | Regular Payment | | |
| 5996947 | 05040033 | 4/19/2005 | $230.00 | RP | Regular Payment | | |

Total  $31,404.49

Case Status Report - Disburse History

Status as of 6/9/2006

Page 3
Chapter 13

05-04170-P  Joseph Kelly, Jr.  
13442 Bristol Park Way  
Fort Myers FL 33913

Jerri E. Kelly

Atty: Edward R. Miller, Esq.  
Discharged Paid Out

| Clm Num | Date | Name | Check# | Principal | Int Pd | Total Paid | R | Type |
|---|---|---|---|---|---|---|---|---|
| 005- 0 | 4/11/2006 | TIB Bank of the Keys | 465250 | $16,009.29 | $382.02 | $16,391.31 | Y | |
| 005- 0 | 1/24/2006 | TIB Bank of the Keys | 460120 | $646.71 | $131.65 | $778.36 | Y | |
| 005- 0 | 12/22/2005 | TIB Bank of the Keys | 457865 | $508.28 | $270.08 | $778.36 | Y | |
| 005- 0 | 10/25/2005 | TIB Bank of the Keys | 453287 | $1,744.27 | $293.34 | $2,037.61 | Y | |
| | | | | $18,908.55 | $1,077.09 | $19,985.64 | | |
| 005- 1 | 4/11/2006 | TIB Bank of the Keys | 465250 | $7,694.00 | $0.00 | $7,694.00 | Y | |
| | | | | $7,694.00 | $0.00 | $7,694.00 | | |
| 006- 0 | 4/11/2006 | eCast Settlement Corporation | 465101 | $394.80 | $0.00 | $394.80 | Y | |
| | | | | $394.80 | $0.00 | $394.80 | | |
| 008- 0 | 4/11/2006 | Capital One | 464991 | $643.98 | $0.00 | $643.98 | Y | |
| | | | | $643.98 | $0.00 | $643.98 | | |
| 999- 0 | 4/11/2006 | Joseph Kelly, Jr. | 465092 | $949.30 | $0.00 | $949.30 | Y | |
| | | | | $949.30 | $0.00 | $949.30 | | |
| TRS- 0 | 4/11/2006 | Jon M. Waage, Trustee Commission | 465252 | $1,392.10 | $0.00 | $1,392.10 | Y | |
| TRS- 0 | 1/24/2006 | Jon M. Waage, Trustee Commission | 460142 | $74.64 | $0.00 | $74.64 | Y | |
| TRS- 0 | 12/22/2005 | Jon M. Waage, Trustee Commission | 457883 | $74.64 | $0.00 | $74.64 | Y | |
| TRS- 0 | 10/25/2005 | Jon M. Waage, Trustee Commission | 453309 | $195.39 | $0.00 | $195.39 | Y | |
| | | | | $1,736.77 | $0.00 | $1,736.77 | | |
| | | Grand Total | | $30,327.40 | $1,077.09 | $31,404.49 | | |